# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| GREGORY TRAINOR and KIMBERLY TRAINOR, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV418-289 |
| FLORIDA DIRT SOURCE, LLC, *et al.*, | ) ) | |
| Defendants. | ) | |

## ORDER

On March 14, 2019, the Court entered an order staying this case due to the pending bankruptcy of defendant Florida Dirt Source, LLC. Doc. 24. Because the parties indicated they were seeking relief from the automatic stay, the Court directed the parties to file a status update indicating whether such relief had been granted. *Id.* The parties have timely complied and inform the Court that no relief from the stay has been granted. *See* doc. 25. They also seek "an additional 45 day period . . . and subsequently refile a request for an amended scheduling order." *Id.*

To the extent that plaintiffs' claims are principally against Florida Dirt Source, LLC, § 362's provisions stay this action, independently of any

action by the Court. The parties' filings, however, indicate their general agreement that all litigation in this case should be stayed, pending relief from or expiration of the stay. *See* doc. 23. In light of that agreement, the Court is willing to extend the stay, subject to periodic reports on the status of the bankruptcy. Accordingly, all deadlines in this case are **STAYED** until further Order from the Court. However, the parties are **DIRECTED** to file a joint status report 90 days from the date of this Order, and every 90 days thereafter, advising the Court on the status of the bankruptcy case. If the parties obtain relief from the stay or the bankruptcy case concludes, lifting the stay, they are directed to notify the Court within 30 days and propose an amended Scheduling Order for resolving this case.

      **SO ORDERED** this 2nd day of May, 2019

                                              _____
                                              CHRISTOPHER L. RAY
                                              UNITED STATES MAGISTRATE JUDGE
                                              SOUTHERN DISTRICT OF GEORGIA