# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

|  |  |
|---|---|
| GREGORY TRAINOR and KIMBERLY TRAINOR, <br><br> Plaintiffs, <br><br> v. <br><br> FLORIDA DIRT SOURCE, LLC and CLEAR BLUE INSURANCE COMPANY, <br><br> Defendants. | CASE NO.: 4:18-cv-289 |

# ORDER

The Standard Procedures for Discovery Disputes and Settlement Conferences in cases pending before the undersigned sets forth a requirement that all parties who wish to file a discovery motion receive prior approval from the Court following an informal discovery dispute conference.[1] As the parties in this case have not submitted a Notice of Request for an Informal Discovery Dispute Conference, the recently filed motion to compel, doc. 34, is **DISMISSED AS MOOT**[2] because the Court concludes that this dispute could benefit from an informal conference. To the extent the parties do have a bona fide discovery dispute that requires

---

[1] Although the procedures specifically encompass motions to compel pursuant to Fed. R. Civ. P. 37, the Court reserves the right to apply this policy to any discovery dispute.
[2] Likewise, the Motion for a Hearing, doc. 36, is **DISMISSED AS MOOT**.

the intervention of the Court, they are invited to submit the requisite notice.

**SO ORDERED,** this 30th day of August, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA