# United States District Court
## Southern District of Georgia

Gregory Trainor and Kimberly Trainor,

_____
Plaintiff

v.

Florida Dirt Source, LLC and Clear Blue Insurance Company

_____
Defendant

Case No. 4:18-CV-00289-WTM-CLR

Appearing on behalf of

Clear Blue Insurance Company

_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __12th__ day of __November__, __2019__.

*(signed) Christopher L. Ray*
UNITED STATES MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Amanda L. Myers, Esq. |
| Business Address: | Vernis & Bowling of Atlanta, LLC |
| | Firm/Business Name |
| | 30 Perimeter Park Drive, Suite 200 |
| | Street Address |
| | Atlanta, GA 30341 |
| | Street Address (con't) / City / State / Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2 / City / State / Zip |
| | 404-846-2001 — Telephone Number (w/ area code) |
| | 199182 — Georgia Bar Number |
| Email Address: | amyers@georgia-law.com |