IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GREGORY TRAINOR, and )
KIMBERLY TRAINOR, )
 )
    Plaintiffs, )
 )
v. ) CASE NO. CV418-289
 )
FLORIDA DIRT SOURCE, LLC, )
and CLEAR BLUE INSURANCE )
COMPANY, )
 )
    Defendants. )
_____ )

## O R D E R

Before the Court is the parties' Joint Stipulation and Consent Motion to Dismiss with Prejudice. (Doc. 63.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 7th day of February 2020.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA